IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT H. DAVIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-433-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Robert H. Davis's appeal is dismissed.

_____       12/14/09
Peter Oppeneer, Clerk of Court          Date